IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRIJANA PEAK,<br><br>Plaintiff,<br><br>vs.<br><br>KYLER, 1564; BROCK RENGO, 2321; DONALD KLEINE, and NICKOLAS MEZA,<br><br>Defendants. | 8:23CV37<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. The above-captioned matter has been provisionally filed on January 30, 2023. Filing No. 1. However, due to certain technical defects, the Complaint cannot be further processed until such defects are corrected. To assure further consideration of the Complaint, Plaintiff must correct the defect listed below. FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE PETITION.

Plaintiff did not include the $402.00 filing and administrative fees, indicating in her Complaint that she wishes to proceed in forma pauperis but failing to submit an application to do so. *Id.* at 4. Plaintiff has the choice of either tendering the $402.00 fee to the Clerk of the Court or submitting a request to proceed *in forma pauperis* and an affidavit of poverty in support thereof. If Plaintiff chooses to do the latter, the enclosed pauper's forms should be completed and returned to this Court.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to correct the above-listed technical defect in the Complaint on or before **March 2, 2023.**

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice.

3. The Clerk of the Court is directed to send to Plaintiff the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

4. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **March 2, 2023**: deadline for payment or filing of IFP application.

Dated this 31st day of January, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court